THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>               Plaintiff,<br><br>   v.<br><br>KING COUNTY JAIL, *et al.*,<br><br>               Defendants. | CASE NO. C23-1182-JCC<br><br>ORDER OF DISMISSAL |

      *Pro se* Plaintiff, Cortez Daundre Jones, filed a complaint against King County Jail, *et al.*, alleging "discrimination" and "terrorism through a jail on multiple occasions" and seeking "thirteen billion seven hundred million dollars" in damages. (Dkt. No. 1-1.)

      Under 28 U.S.C. § 1915(e), the Court must dismiss IFP complaints if "at any time" it is determined the complaint fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2); *see also id*. § 1915A(b)(1); *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (Section 1915(e) applies to all IFP proceedings, not just those filed by prisoners).

      The Court has reviewed Plaintiff's complaint and DISMISSES it for two reasons. First, Plaintiff indicates the basis for this Court's jurisdiction as both diversity and federal question, but fails to identify the parties' citizenship or list any specific federal laws that are at issue in this case. Second, the complaint includes no factual allegations beyond a few overly vague handwritten statements ("violation of law regarding color of state via levels of deprivation").

1  (Dkt. No. 1-1.) These allegations do not set forth sufficient factual matter to state a claim to relief
2  that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 664 (2009). Labels and conclusions,
3  lacking factual enhancement are insufficient. *Id.* The factual allegations must be "enough to raise
4  a right to relief above the speculative level." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555
5  (2007).
6      For the foregoing reasons, the complaint is DISMISSED without prejudice. This
7  dismissal renders consideration of IFP status moot.

9      DATED this 1st day of September 2023.

[signature: John C. Coughenour]

John C. Coughenour
UNITED STATES DISTRICT JUDGE